AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| **Joel Jesus SILVA-Ramirez** | ) | L-24-MJ-_757_____ |
| **Morelia, Michoacan, Mexico** | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 12, 2024** in the county of **Webb** in the
**Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—<br>(1)  falsifies, conceals, or covers up by any trick, scheme, or device a material fact;<br>(2)  makes any materially false, fictitious, or fraudulent statement or representation; or<br>(3)  makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |

This criminal complaint is based on these facts:

On or about June 12, 2024, at approximately 11:03 pm, defendant, Joel Jesus SILVA-Ramirez, a citizen and national of Mexico applied for admission into the United States at the Juarez Lincoln Bridge Port of Entry in Laredo, Texas, as a passenger on a commercial bus. At primary inspection, defendant presented a I-551 and a California Driver License with the name of F.J.S.R and claimed to be such person to CBP Officer Raul Sarli Jr. Defendant stated to CBPO Sarli that he was going to Dallas, Texas where he lives. CBP system queries revealed a facial mismatch. Defendant was referred to secondary for further inspection. During a patdown on the subject, a Mexican driver license and state of Utah driving privilege card were discovered in his wallet, bearing his photograph and the name of Joel Jesus SILVA-Ramirez. At secondary, defendant stated to CBPO Aaron Campos that he was a resident of the United States, and his name was F.J.S.R. CBPO Campos queried subject's fingerprints in CBP Database system which did not match with F.J.SR. The defendant identified himself as Joel Jesus SILVA-Ramirez, a citizen and national of Mexico, born in La Huacana, Michoacan, Mexico. Defendant stated he took his brother's documents without consent while brother was visiting his parents. Facts are based on the defendant's sworn statement and records of Customs and Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

☐ Continued on the attached sheet.

_____/s/ Jose C. Luna_____
*Complainant's signature*

_____Jose C. Luna, CBP Enforcement Officer_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____June 17, 20242_____

_____
*Judge's signature*

City and state:  _____Laredo, Texas_____

_____Diana Song Quiroga_____,U.S. Magistrate Judge
*Printed name and title*